FLICK, Respondent, v. PENFIELD, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by Alzire A. Flick, as administrator, etc., against William W. Penfield. No opinion. Motion denied.

FOSSETT, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1903.) Action by Catherine Fossett against the city of Buffalo. No opinion. Judgment and order affirmed, with costs.

FOX, Respondent, v. HOPKINS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 5, 1903.) Action by Morris Fox against Warren Dix Hopkins and another. No opinion. Defendant's exceptions overruled, and motion for new trial denied, and interlocutory judgment affirmed, with costs.

FRAYER, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by Mary E. Frayer, as administratrix, against the New York Central & Hudson River Railroad Company. L. J. Grant, for appellant. J. W. Hart, for respondent. No opinion. Judgment affirmed, with costs.

GAGE, Respondent, v. PLAYA DE ORO CO., Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1903.) Action by Otis S. Gage against the Playa de Oro Company. R. R. Rogers, for appellant. H. B. Bradbury, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GARVEY, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 19, 1903.) Action by James W. Garvey against the city of Buffalo. No opinion. Judgment and order of County Court affirmed, with costs.

GEORGE A. KESSLER & CO., Appellants, v. CHAPELLE, Respondent. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by George A. Kessler & Co. against Emanuel S. Chapelle. H. R. Limburger, for appellants. M. Meyer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GIBBS, Respondent, v. HERMAN, Sheriff, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by George Gibbs against Jacob Herman, sheriff of Orange county. No opinion. Judgment and order affirmed, with costs.

GOLDSTEIN, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Pauline Goldstein against the Manhattan Railway Company. C. A. Gardiner, for appellant. C. H. Strong, for respondent.

PER CURIAM. Judgment modified, by reducing amount awarded for fee damage to $1,988, and by reducing the judgment as entered for rental damage, interest, costs, allowance, etc., to the sum of $2,331.13, and, as modified, affirmed, without costs.

GOLDSTEIN, Respondent, v. SHULMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by Charles Goldstein against Hyman M. Shulman and others. No opinion. Order reversed, with $10 costs and disbursements, on the authority of Goldstein v. Shapiro (decided herewith) 82 N. Y. Supp. 1038.

GRANT, Respondent, v. NATIONAL RY. SPRING CO. (Supreme Court, Appellate Division, Fourth Department. May 5, 1903.) Action by Frank Grant against the National Railway Spring Company. No opinion. Case certified to Third Department, pursuant to Code Civ. Proc. § 231.

GREEN, Appellant, v. COLLINS, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by Charles A. Green against George R. Collins. No opinion. Order affirmed, with $10 costs and disbursements.

GREEN, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by William Green, an infant, against the Metropolitan Street Railway Company. T. B. Chancellor, for appellant. A. Ofner, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GREEN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by William Green against the Metropolitan Street Railway Company. C. F. Brown, for appellant. F. Pierce, for respondent.

PER CURIAM. Judgment and order affirmed, with costs, on the opinion on previous appeal. 72 N. Y. Supp. 524.

VAN BRUNT, P. J., and McLAUGHLIN, J., dissent.

GREGG, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1903.) Action by Levi S. Gregg against